# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CHRISTINE FOSTER,**

    **Plaintiff,**

**v.**                                                    **Case No: 6:18-cv-434-Orl-LRH**

**DAVE SCHMITT ENGINEERING, INC.**
**and DAVE SCHMITT,**

    **Defendants.**

## ORDER

In February 2018, the Plaintiff filed a complaint against the Defendants asserting claims for unpaid overtime wages and retaliation in violation of the Fair Labor Standards Act (FLSA). (Doc. 7).

The parties subsequently consented to try this case before the assigned Magistrate Judge. (Docs. 38; 39).

On March 7, 2019, the parties filed a Joint Stipulation for Dismissal with Prejudice, which was signed by counsel for all parties. (Doc. 45 (Stipulation)). In the Stipulation, the parties "stipulate to dismiss this case with prejudice" with each party to bear its own fees and costs. (*Id.*). The Stipulation is silent as to whether the parties are dismissing the case due to a settlement of the FLSA claims.

Given the nature of this case and the parties' joint stipulation of dismissal with prejudice, on March 15, 2019, the Court (unaware of whether the parties entered into a settlement agreement) provided the parties with an opportunity to move to approve their settlement. (Doc. 46 at 1). However, in the event the parties resolved this case by means other than settlement or settled the

case but do not wish to seek the Court's approval, the Court stated that the parties may file a joint notice reaffirming their desire to dismiss the case with prejudice. (*Id*. at 2). In doing so, the Court cautioned that if the Plaintiff elects to proceed with dismissal with prejudice she will be forever barred from raising the claims asserted in this case and from seeking enforcement of any settlement agreement involving her wage claims under the FLSA. (*Id*.).

That same day, the parties entered a Renewed Joint Stipulation for Dismissal with Prejudice, which was signed by counsel for all parties. (Doc. 47 (Renewed Stipulation)). In the Renewed Stipulation, the parties "stipulate to dismiss this case with prejudice" with each party to bear its own fees and costs. (*Id*.). Notably, the parties do not request that the Court retain jurisdiction over this case for any reason, including the enforcement of a settlement agreement. (*see id*.).

In light of the Renewed Stipulation, the Court finds that the case is due to be closed. Further, considering the absence of a request to retain jurisdiction, the Court declines to retain jurisdiction over this case for any reason, including, but not limited to, the enforcement of any settlement agreement that the parties may have entered.

Accordingly, it is **ORDERED** that the Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on March 19, 2019.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties